IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

UNITED STATES OF AMERICA  Date: 04/04/2017

vs.  Case No.: 16-4030-01-CR-C-BCW

Carlos Deonta Brown, Jr.

Honorable Brian C. Wimes, presiding at Jefferson City, Missouri

Nature of Hearing: Sentencing

Time Commenced: 9:59 am  Time Terminated: 10:28 am

APPEARANCES

Plaintiff's counsel: Larry Miller, AUSA
Defendant's counsel: Troy Stabenow, FPD
Probation officer: Damon G. Mitchell
Witness: Charlie Tomlin

| Time | Event |
|---|---|
| 9:59 am | PROCEEDINGS IN COURTROOM: Above parties present. Court accepts plea of guilty and adjudication of guilt. There are objections to the Presentence Report and Court adopts P.S.I.R. with change. Court asserts statutory guidelines. |
| 10:07 am | Government calls witness, witness sworn, evidence presented, testimony given. |
| 10:11 am | Cross by defendant. |
| 10:11 am | Government and defendant rests. |
| 10:12 am | Counsel makes sentence recommendations. Court clarifies on the record that Defendant has been in federal custody .Defendant accorded allocution. |
| 10:22 am | SENTENCE: Defendant sentenced to 58 months in BOP on Count 1 with credit for continuous time served since February 21, 2016, followed by 3 years supervised release on Count 1 with mandatory, standard and special conditions. FINE: waived; MSA: $100. Dft advised of right to appeal. Defendant remanded to the custody of the USM. |

Court Reporter: Denise Halasey
Courtroom Deputy: T. Lock